UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, (U.S.), Plaintiff<br><br>V.<br><br>STEPHANIE MANTOUVALOS, DIANE MANTOUVALOS, AND PAULA MANTOUVALOS, Defendants | CIVIL ACTION NO. 05-CV-12342-JLT |

### ORDER

The Clerk of Court is hereby ordered to disburse from monies on deposit with the Registry of the Court the following amounts to the following parties:

1. The sum of $25,000 in a check made payable to the Sun Life Assurance Company of Canada (U.S.). The check shall be mailed to Sun Life's attorney of record in this case, Joan O. Vorster, Esq., Mirick, O'Connell, DeMallie & Lougee, LLP, 100 Front Street, Worcester, MA 01608-1477. Sun Life's federal tax identification number is 04-2461439.

2. The sum of $60,000 in a check made payable to Johnson & Aceto, LLP as Attorney for Paula Mantouvalos and Stephanie Mantouvalos. The check shall be mailed to their attorney of record in this case, Gregory J. Aceto, Esq., Johnson & Aceto, LLP, 67 Batterymarch St., Ste 400, Boston, MA 02110. Johnson & Aceto, LLP's federal tax identification number is 20-2001556.

3. The sum of $75,128.10 in a check made payable to Henshon, Parker, Vyadro, P.C. as attorney for Diane Mantouvalos. The check shall be mailed to her attorney of record in

this case, Terry Klein, Esq., Henshon, Parker, Vyadro, P.C., 84 State Street, Ste. 760, Boston, MA 02109. Henshon, Parker, Vyadro, P.C.'s federal tax identification number is 84-1686794.

4. If there remain any additional monies deposited by, or as a result of the deposit by, the Sun Life Assurance Company of Canada (U.S.), any such additional monies shall be paid to Diane Mantouvalos in accordance with the provisions of Paragraph 3.

By Order,

*Rita Lovett*
Deputy Clerk

ENTER: *[signature]*
6/22/06